IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JAN 0 8 2024
IN THIS OFFICE
Clerk, U.S. District Court
Greensboro, N.C.

ALYSIA M. CUNNINGHAM,       )
                            )
            Plaintiff,      )
                            )
    v.                      )
                            )   1:23-cv-489
FORSYTH COUNTY SOCIAL SERVICES, )
CHRISTINE M. DOWDELL, JENNIFER  )
TUBBS, and TANYA DOUTHIT,   )
                            )
            Defendants.     )

**ORDER**

On November 30, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 7, 8.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 7), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8 day of January, 2024.

William L. Osteen, Jr.
United States District Judge